FEB-03-2012 15:13                                                                     P.02/02



FEB 1 5 2012

# WENGER & ARLIA, ESQS. LLP
### ATTORNEYS AT LAW

Tel: (212) 566-6262 • Fax: (212) 608-6262 • nyclawservices.com

BRUCE WENGER, ESQ.
JOHN ARLIA, ESQ.
ANNE MARIE SANTANGELO, ESQ.*
MICHAEL ELBAZ, ESQ.*

* OF COUNSEL

20 Vesey Street, Ste 210
New York, NY 10007

bruce@nyclawservices.com
john@nyclawservices.com

February 3, 2012

*Application Granted.*
*SO ORDERED.*

*s/RML*

*2/10/12*

Hon. Magistrate Judge
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Walters, et al.
    Defendant Sergio Benitez
    Indictment No. 11CR683 (NG)

Dear Judge:

The law firm of Wenger & Arlia Esqs. LLP represents the defendant Sergio Benitez, in the above-referenced prosecution. Mr. Benitez is currently released and is in full compliance with all the conditions of his release.

I am requesting the Court's permission for Mr. Benitez to travel to Orlando, Florida, with his wife and daughter from February 17, 2012, returning on February 23, 2012. Assistant United States Attorney Anthony Capozzolo is cognizant of this request and is agreeable to such travel and will provide Your Honor with a letter confirming same.

Thank you for your prompt attention to this matter.

Respetfully yours,

Bruce Wenger

BW:ma                                          Bruce Wenger

TOTAL P.02
PAGE.02

FEB 03 2012 13:54